UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARBELLA AT SPANISH WELLS III
CONDOMINIUM ASSOCIATION, INC.

CASE NO.: 2:21-cv-129-SPC-MRM

Plaintiff,

vs.

EMPIRE INDEMNITY INSURANCE COMPANY

Defendant.

_____/

## NOTICE OF SETTLEMENT

The parties notify the Court that the case settled. See Local Rule 3.08(a). The parties will file a joint stipulation of dismissal with prejudice and proposed dismissal order. The parties request 30 days to submit the joint stipulation of dismissal with prejudice and proposed dismissal order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished to Kelly M. Vogt, Esquire on this 29th day of March, 2022.

**CONSTABLE LAW, P.A.**

 */s/ James S. Constable*
James S. Constable, Esquire
Florida Bar No. 68522
Allison Freeman, Esquire
Florida Bar No. 69539
CONSTABLE LAW, P.A.
139 6th Avenue S
Safety Harbor, FL 34695
Telephone: 727-797-0100
lit@constable-law.com
Attorneys for Plaintiffs